Daniel, J.
 

 In the case of
 
 The State
 
 v.
 
 Pool, 5
 
 Ired. 109, this court said, that a purchaser at a sheriff’s sale must
 
 *358
 
 undoubtedly pay his whole bid to the sheriff, and, after getting enough to discharge the execution, the sheriff must see that the purchaser satisfies the surplus to the owner of the property, before he can make a conveyance to the purchaser. He (the sheriff) receives the surplus money by virtue of his office; and for all money received by virtue of his office, his bond is a security, whether it belong to the plaintiff or the defendant in the execution. The bond of a constable stipulates, that he should diligently endeavor to collect all claims put in his hand for collection, and faithfully pay over all sums, thereon received, unto the persons to whom the same is due. On this bond, the act of assembly (Rev. Stat. ch. 24, sec.
 
 7)
 
 declares, that suits may be brought and remedy may be had, in the same manner as suits may be brought and remedies had upon the official bonds of sheriffs and other officers. .
 

 The above decision was made by this court at the last term, and it is probable was unknown to his Honor, when he gave judgment in this case. The judgment of non-suit must be reversed, and a judgment rendered on the verdict for the plaintiff.
 

 Per Curiam, Judgment accordingly.